ACCEPTED
03-15-00011-CV
4425659
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 3:40:58 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00011-CV

IN THE THIRD COURT OF APPEALS OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 3:40:58 PM
JEFFREY D. KYLE
Clerk

**CLAIRE TREVARTHEN**
**Appellant**

**V**

**NATIONSTAR MORTGAGE LLC, PAMELA CIRKIEL,**
**AUCTION.COM, HELEN G. KINNEMAN, JEREMIAH MCCLAIN**
**and SHAMICA THOMAS**
**Appellees**

**Appeal from the 26th District Court of Williamson County, Texas**
**Trial Court No. 14-0187-C26**

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF**
**TIME**

**DAVID ROGERS**
**Texas Bar NO. 24014089**
**Law Office of David Rogers**
**1201 Spyglass Suite 100**
**Austin, TX 78746**
**(512) 923-1836 [Phone]**
**(512) 201-4082 [Fax]**
**Firm@DARogerslaw.com**

**ATTORNEY FOR APPELLANT**

No. 03-15-00011-CV

---

# IN THE THIRD COURT OF APPEALS OF TEXAS

---

**CLAIRE TREVARTHEN**
**Appellant**

**V**

**NATIONSTAR MORTGAGE LLC, PAMELA CIRKIEL,**
**AUCTION.COM, HELEN G. KINNEMAN, JEREMIAH MCCLAIN**
**and SHAMICA THOMAS**
**Appellees**

---

**Appeal from the 26ᵗʰ District Court of Williamson County, Texas**
**Trial Court No. 14-0187-C26**

---

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF**
**TIME**

---

Comes now Appellant, Claire Trevarthen, and files this, her unopposed motion for extension of time and would show the court as follows:

1. The deadline to file Appellant's Brief is March 9, 2015.

2. Due to current caseload, counsel for Appellant is unable to make the current deadline.

3. Counsel for Appellant would request an extension of time of 30 days, or until April 8, 2015, to file his brief.

4. This is Appellant's first request for time.

5. This motion is unopposed.

PRAYER

Appellant would respectfully move this Court to allow her an extension of 30 days to file Appellant's Brief, or until April 8, 2015.

RESPECTFULLY SUBMITTED,


_/s/ David Rogers_
DAVID ROGERS
Law Office of David Rogers
State Bar No. 24014089
1201 Spyglass Drive, Suite 100
Austin, TX 78746
Firm@darogerslaw.com
(512) 923-1836
(512) 201-4082 (fax)


**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 9, 2015 I contacted counsel for Appellees regarding my intent to file this motion. Counsel indicated they were unopposed to the filing of this motion.

_/s/ David Rogers_
DAVID ROGERS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Appellant's Motion was served upon counsel of record for Appellees on this 9th day of March, 2015 via this Court's online filing system.

B. David L. Foster
John Ellis
Locke Lord
600 Congress Avenue
Suite 2200
Austin, TX 78701

_/s/   David Rogers_____
David Rogers
SBN 24014089
Law Office of David Rogers
1201 Spyglass Suite 100
Austin, TX 78746
Firm@darogerslaw.com
(512) 923-1836
(512) 201-4082 [Facsimile]